```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CATHERINE SWANSON                         :
                                          :    Date: June 6, 2003
                                          :
         v.                               :    Civil Action
                                          :    No. 02-2765
                                          :
ALEGIS GROUP, L.P                         :

**NOTICE**

      Your attention is called to Rule 41.1(a) of the Local Rules of Civil Procedure.

      We have ascertained from the record in the above matter that no proceeding has been docketed therein for a period of more than ONE (1) YEAR as of this date.

      You are hereby notified that unless the court shall otherwise order, upon written application filed within THIRTY (30) DAYS from the date of this notice, and upon good cause shown, the action shall be dismissed.  In the absence of such application to or order by the Court, the Clerk shall, without special order, enter upon the record "Dismissed without prejudice under Rule 41.1", and shall, upon application by defendant, tax costs against the plaintiff.

                                            MICHAEL E. KUNZ
                                            Clerk


                                            By:_____
                                                MATTHEW J. HIGGINS
                                                        Courtroom    Deputy


Notice to:


Andrea M. Deutsch, Esq.
450 N. Narbeth Ave.
Narberth, PA 19072