IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CATHERINE SWANSON           :              CIVIL ACTION
                            :
           v.               :
                            :
ALEGIS GROUP, LP            :              NO. 02-2765

## **O R D E R**

AND NOW, this 10th day of July, 2003, it is Ordered that, in accordance with this Court Notice of June 6, 2003 the above captioned matter is DISMISSED.

BY THE COURT

ATTEST:


BY:_____

        Deputy Clerk